CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 1 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Bobby Nelson COLLINS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 7:17mj 16

_____
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    02/10/17, 02/14/17, 02/15/17    in the county of    Roanoke    in the
___Western___ District of ___Virginia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC, Section 841(a)(1) | Distribution of Heroin (3 counts) |

This criminal complaint is based on these facts:

See attached narrative.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF Special Agent Anthony Newton
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Feb. 21, 2017

_____
*Judge's signature*

City and state:    Roanoke, VA

US Mag. Judge Robert Ballou
_____
*Printed name and title*

# Affidavit

I, Anthony Newton, being duly sworn, depose and state that:

      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, and have been employed since May 17, 2015. Prior to this I was a police officer with the Roanoke County and Roanoke City Police Departments for approximately 6 years. I have graduated a Virginia Department of Criminal Justice Certified Law Enforcement Academy and I have a Bachelor's Degree in Psychology. I have conducted and participated in: numerous firearms, narcotics, and violent crime related investigations; arrested large numbers of criminal offenders; and have applied for, and executed, numerous state issued search and arrest warrants.

I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and also the ATF National Academy's Special Agent Basic Training Program. As a result of my training and law enforcement experience, I am familiar with Federal criminal laws and know that it is a violation of:

Title 21 USC, Section 841(a)(1), except where authorized by this subchapter, it shall be unlawful for any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with the intent to manufacture, distribute, or dispense, a controlled substance (heroin).

The following information is provided in support of an Application and Affidavit for an Arrest Warrant for the person of Bobby Nelson COLLINS, date of birth ███/1976, who is alleged to distribute a controlled substance, in particular, heroin:

1. On 02/10/2017, Roanoke Police Department (RPD) Officer Glen Green and other detectives of the Roanoke High Intensity Drug Trafficking Area (HIDTA) program met with a Confidential Informant (CI) in reference to purchasing a quantity of heroin from a subject identified as Bobby Nelson COLLINS (black male, DOB ███/1976, SSN ████████). The CI was equipped with audio/visual recording equipment and normal and routine safeguards were in place. Prior to the controlled purchase, the CI and the CI's vehicle were both searched for illegal contraband and money with negative results. The CI was provided $60.00 in pre-recorded U.S. currency to purchase the suspected heroin. A recorded phone call was placed to COLLINS and the CI was directed to go to a predetermined location in Roanoke, VA. After meeting with COLLINS, the CI returned to detectives and provided a quantity of suspected heroin purchased from COLLINS. The CI and the CI's vehicle were both again searched for illegal contraband and money with negative results. The suspected heroin recovered from this controlled purchase was field tested and showed an initial positive reaction for the presence of heroin.

2. On 02/14/2017, Roanoke HIDTA Detective Aaron Gwin and other HIDTA detectives met with a CI in reference to purchasing a quantity of heroin from COLLINS. The CI was equipped with audio/visual recording equipment and normal and routine safeguards were in place. Prior to the controlled purchase, the CI and the CI's vehicle were both searched for illegal contraband and money with negative results. The CI was provided $120.00 in pre-recorded U.S. currency to

purchase the suspected heroin. Prior to meeting with detectives, the CI had arranged the heroin transaction with COLLINS via text messages at phone number ███████ A recorded phone call with COLLINS was also made prior to the controlled purchase. The CI was directed to go to a predetermined location in Roanoke, VA. During the controlled purchase, the CI provided COLLINS with $120.00 and a female known as "Sarah" provided the CI with an amount of heroin. The CI returned to detectives and provided a quantity of suspected heroin. The CI and the CI's vehicle were both again searched for illegal contraband and money with negative results. The suspected heroin from this controlled purchase was not field tested due to Detective Gwin's department policy.

3. On 02/15/2017, RPD Officer Glen Green and other detectives of the Roanoke HIDTA met with a CI in reference to purchasing a quantity of heroin from COLLINS. The CI was equipped with audio/visual recording equipment and normal and routine safeguards were in place. Prior to the controlled purchase, the CI and the CI's vehicle were both searched for illegal contraband and money with negative results. The CI was provided $75.00 in pre-recorded U.S. currency to purchase the suspected heroin. A recorded phone call was placed to COLLINS and the CI was directed to go to a predetermined location in Roanoke, VA. After meeting with COLLINS, the CI returned to detectives and provided a quantity of suspected heroin purchased COLLINS. The CI and the CI's vehicle were both again searched for illegal contraband and money with negative results. The suspected heroin recovered from this controlled purchase was field tested and showed an initial positive reaction for the presence of heroin.

4. The aforementioned violations all took place in the City of Roanoke, in the Western District of Virginia.

The facts and information contained in this affidavit are based upon personal knowledge as well as information obtained from other law enforcement officers involved in this investigation. I am thoroughly familiar with the information contained in this affidavit through personal exposure to the records, reports and discussions with other law enforcement personnel. The facts compromising the basis for this affidavit are true and correct, to the best of my knowledge.

ATF S/A Anthony Newton

Sworn and Scribed to
Before me this 21st day of February, 2017

Robert S. Ballou
United States Magistrate Judge