1784-0223-1438-J
899328

RECEIVED
U.S. MARSHALS SERVICE
ROANOKE, VA
2017 FEB 22 P 12:05

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAR 29 2017
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Bobby Nelson COLLINS | ) ) ) ) ) )  Case No. 7:17mj16 |
| Defendant | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Bobby Nelson COLLINS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 21 USC, Section 841(a)(1): Distribution of Heroin (3 counts)

Date: Feb. 21, 2017

*Issuing officer's signature*

City and state:  Roanoke, VA         US Mag. Judge Robert Ballou
*Printed name and title*

### Return

This warrant was received on *(date)* 03/29/2017, and the person was arrested on *(date)* 03/29/2017
at *(city and state)* Roanoke, VA

Date: 03/29/2017

*Arresting officer's signature*

ATF S/A Anthony Newton
*Printed name and title*