# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES – MOTIONS HEARING

Case No.: 7:17CR33         Date: 3/20/2018

**Defendant:** Bobby Nelson Collins, Jr., Custody         **Counsel:** James C. Turk, Jr., CJA

PRESENT:
- JUDGE: Elizabeth K. Dillon
- TIME IN COURT: 9:51a – 10:37a (46 min)
- Deputy Clerk: B. Weeks
- Court Reporter: J. Webb
- U. S. Attorney: Laura Rottenborn, Ashley Neese

## LIST OF WITNESSES

GOVERNMENT:

1. Vincent Haddox

DEFENDANT:

1.

PROCEEDINGS:
Hearing held on all Motions currently pending in this case. The Court dismisses as moot, Defendant's Motions [41] to Produce Witness Statements, [42] for Disclosure of Co-Defendant/Co-Conspirator Statements, [43] for Disclosure of Evidence Pursuant to Rule 404(b), [44] for Discovery Motion for Immediate Production of all Jencks Act Material, [45] for Discovery First Request for Production of Documents. Arguments from counsel regarding Defendant's [80] Motion to Suppress. The Court denies Defendant's [80] Motion to Suppress, for reasons stated on the record. Defendant's [81 ]Motion to Appoint Expert for Evaluation of Competency and Defendant's [83] Motion for Issuance of Subpoena for Roanoke City Jail are withdrawn per request of Defense counsel. By agreement of counsel the Court grants both the Government's [87] Motion in Limine and the Government's [88] Motion in Limine. Defense counsel requests the Defendant be relocated to New River Valley Regional Jail. The Court recommends defendant Bobby Nelson Collins, Jr. be transferred to New River Valley Regional Jail in Dublin, VA. The Court as ks the USM to check on the status of defendant's placement and report the findings to counsel.