IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**CRIMINAL MINUTES - GUILTY PLEA HEARING**

**Case No.:** 7:17CR0033           **Date:** 4/11/2018

**Defendant:** Bobby Nelson Collins, Jr., Custody           **Counsel:** James C. Turk, Jr., CJA

PRESENT:   JUDGE:           Elizabeth K. Dillon    TIME IN COURT: 10:47a – 11:32 (45 min)
           Deputy Clerk:    B. Weeks
           Court Reporter:  J. Webb
           U. S. Attorney:  Ashley Neese
           USPO:            Andrew Ridgway
           Case Agent:      K. Teehan

**PROCEEDINGS:**

☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty.
☒ Court takes the plea agreement under advisement.
☒ Guilty plea form executed and filed.
☒ Plea Agreement filed with court.
☒ Government summarizes evidence to support plea and rests.
☒ Court finds defendant guilty as charged in Count 3.

**DEFENDANT PLEADS:**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 3, of the Indictment | | | |

☒ Court orders Presentence Report.
☒ Defendant remanded to custody.
☒ Sentencing hearing scheduled for TBD before Elizabeth K. Dillon.