IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 7:17-CR-00033 |
| V. | ) | |
| | ) | |
| BOBBY NELSON COLLINS JR. | ) | |

**NOTICE**

The court has received your latest letter, dated October 5, 2018. Please know that the court has received four letters over the past four months or so. The court, your attorney, and the prosecuting Assistant United States Attorney have received copies of your letters. As you indicated, the concerns you have raised are best raised with your attorney or with the current AUSA assigned to your case, Stephen J. Pfleger. But be advised that this court will consider the information you have submitted relevant to your sentencing at the time you are sentenced.

Entered: October 17, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge