March 11th 2019

RECEIVED

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 8 2019

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

To:   Honorable Judge
      Elizabeth K. Dillon
      United States Western District of Virginia
      2+2 Franklin Rd.
      Roanoke, Va. 24011

From:  Bobby Nelson Collins Jr.
       5885 West River Rd.
       Salem, Va. 24153


                    Greetings,

          I am writing you to let you know that
I have completed an evidence based recidivism
reduction program called changing offender behavior
while I have been incarcerated here at this jail.
I would like you to have a copy of my certificate
to file and consider during the sentencing
phase of my trial. I am truly serious about
not surviving in the life style of addiction,
and high risk behavior. I would like to show
the court and the world that given a second
opportunity to succeed I will not disappoint.

                              Respectfully

**RECEIVED**

MAR 1 8 2019

USDC Clerk's Office
Mail Room

# Certificate of Completion

BE IT HEREBY KNOWN THAT

## BOBBY COLLINS

HAS SUCCESSFULLY COMPLETED

## CHANGING OFFENDER BEHAVIOR

_Bob Russell_
**Colonel Bobby D. Russell**
**Superintendent**

_Mark Williams_
**Mark Williams**
**Peer Specialist/Group Facilitator**

_Leigh Ann Reece_
**Leigh Ann Reece**
**Program Coordinator**

# Western Virginia Regional Jail

SERVING THE COUNTIES OF FRANKLIN, MONTGOMERY, AND ROANOKE AND THE CITY OF SALEM
"WITH PRIDE AND EXCELLENCE"

# Cognitive-behavioral Curriculum

## Volume 1: Recognizing Responsible Behavior



A component of

**Changing Offender Behavior:**
A Complete Evidence-based System

# Welcome

Changing Offender Behavior: A Complete Evidence-based System is a comprehensive program designed to reduce recidivism among participants and promote positive life change.

Through this program, you will learn:

- to identify situations, thoughts and feelings that are high-risk for criminal behavior.

- to replace faulty thinking with rational thinking.

- problem-solving, coping and social skills.

- to plan alternative, responsible responses to replace negative responses to situations.

- to evaluate your behavior and reinforce responsible behavior.

Your success in this program depends upon your motivation and hard work. You will get out of this experience exactly what you put into it.



| | |
|---|---|
| Name | Oct / 1st / 2018 |
| | Date |

**Authors**

Lisa Murphy Spruance, M.S., Research Associate, University of Cincinnati
Edward J. Latessa, Ph.D., Professor and Head, Division of Criminal Justice, University of Cincinnati
Christopher T. Lowenkamp, Ph.D., Assistant Research Professor, University of Cincinnati

© 2005 The Change Companies®

All rights reserved. Printed in the United States of America. No part of the material protected by this copyright may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording or by information storage and retrieval system without written permission from the copyright owner.

Featuring the *Interactive Journaling* process. *Interactive Journaling* is registered in the U.S. Patent and Trademark Office.

This Journal is designed to provide information and program material for educational purposes only. It is sold with the understanding that the authors and publishers are not engaged in providing professional advice and should not be substituted for professional, psychological or therapeutic services. The purpose of this Journal is to help educate, inform and enlighten individuals, or assist those already working with a professional treatment team. This Journal is not intended to help individuals diagnose or treat an illness or disease. If expert assistance is required, the services of a competent professional should be sought.

ISBN-13: 978-1-61702-196-1 Version 1.0

# Cognitive-behavioral Curriculum

## Volume 2: Practicing Responsibility



A component of

*Changing Offender Behavior:*
*A Complete Evidence-based System*

# *Welcome*

Changing Offender Behavior: A Complete Evidence-based System is a comprehensive program designed to reduce recidivism among participants and promote positive life change.

Through this program, you will learn:

- to identify situations, thoughts and feelings that are high-risk for criminal behavior.

- to replace faulty thinking with rational thinking.

- problem-solving, coping and social skills.

- to plan alternative, responsible responses to replace negative responses to situations.

- to evaluate your behavior and reinforce responsible behavior.

Your success in this program depends upon your motivation and hard work. You will get out of this experience exactly what you put into it.

Name _____     Date _____

**Authors**
Lisa Murphy Spruance, M.S., Research Associate, University of Cincinnati
Edward J. Latessa, Ph.D., Professor and Head, Division of Criminal Justice, University of Cincinnati
Christopher T. Lowenkamp, Ph.D., Assistant Research Professor, University of Cincinnati

© 2005 The Change Companies®

All rights reserved. Printed in the United States of America. No part of the material protected by this copyright may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording or by information storage and retrieval system without written permission from the copyright owner.

Featuring the *Interactive Journaling* process. *Interactive Journaling* is registered in the U.S. Patent and Trademark Office.

This Journal is designed to provide information and program material for educational purposes only. It is sold with the understanding that the authors and publishers are not engaged in providing professional advice and should not be substituted for professional, psychological or therapeutic services. The purpose of this Journal is to help educate, inform and enlighten individuals, or assist those already working with a professional treatment team. This Journal is not intended to help individuals diagnose or treat an illness or disease. If expert assistance is required, the services of a competent professional should be sought.

## Review of Cognitive-behavioral Curriculum: Volume 2

This is what I gained from the *Practicing Responsibility* Journal:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



## Collaborative effort

This is a component of *Changing Offender Behavior: A Complete Evidence-based System*, a program that provides evidence-based practices in a user-friendly manner. The Change Companies® has developed this curriculum in collaboration with International Community Corrections Association and the authors Lisa Murphy Spruance, M.S., Christopher T. Lowenkamp, Ph.D., and Edward J. Latessa, Ph.D.

*We Can Help:*

 The **Change** Companies®

tel: (775) 885-2610 • toll-free: (888) 889-8866 • fax: (775) 885-0643
5221 Sigstrom Drive, Carson City, NV 89706 • www.changecompanies.net

5885 W665 Eppes Rd.
Salem, Va. 24153
C/O
3735 Franklin Rd. #95
Roanoke, Va. 24014

United States District Court
Western District of Virginia
Roanoke Division
Honorable Judge Elizabeth K. Dillon
242 Franklin Road
Roanoke, Va. 24011

