June 10th 2019

To: Honorable Judge Dillon
242 Franklin Rd
Roanoke, Va. 24011

From: Mr. Bobby N. Collins Jr.
5885 West River Rd.
Salem, Va. 24153

RECEIVED

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 8 2019

JULIA C. DUDLEY, CLERK
BY: 
DEPUTY CLERK

Greetings Your Honor,

I write today to show my continuous evolution. I truly intend to change my life. I have completed another program, included is a copy of my certificate of completion. I admit my wrongs, I accept responsibility for those things in my past that I have done. There is alot of untruths spoken about me that I can not change, alot of opinions about me that are prejudged decisions made without opening the book. I pray that you see me for who I am and who I shall be.

Respectfully Submitted

Bobby Collins

# Certificate of Completion

BE IT HEREBY KNOWN THAT

## Bobby Collins

HAS SUCCESSFULLY COMPLETED THE

## WELLNESS RECOVERY ACTION PLAN PROGRAM





Mark Williams
Program Facilitator

Amy Pierce
Program Coordinator

Colonel Bobby D. Russell
Superintendent

## Western Virginia Regional Jail

SERVING THE COUNTIES OF FRANKLIN, MONTGOMERY, AND ROANOKE AND THE CITY OF SALEM
"WITH PRIDE AND EXCELLENCE"



# WRAP®
## Wellness Recovery Action Plan®
# Workbook

MARY ELLEN COPELAND PhD



# WRAP®
### Wellness Recovery Action Plan®
# Workbook

If, like me, you are always thinking about how you can feel better, how you can be the way you want to be, and do the things you want to do, then WRAP might be an answer for you. It certainly was for me. WRAP has helped me and has helped hundreds of thousands of people all over the world create positive life change.

WRAP is a popular, evidence-based practice, developed by peers, that guides people through the process of discovering their own personal resources and then using those resources to get well, stay well and effectively deal with life challenges, improving health and quality of life over time.

This book contains the WRAP forms, forms for the lists and for the action plans, as well as forms for the Crisis Plan (Advance Directive) and Post Crisis Plan. It also has brief descriptions of each part of WRAP.

Many people don't like writing in a book like the red WRAP book, *WRAP Plus* or *WRAP for Life*. They want to keep those books tidy for easy reference and for sharing with friends and supporters. They also were afraid that if they wrote in those books, their writing would not be confidential. While many people have their WRAP in a loose-leaf binder or notebook and others use the on-line course or the WRAP app, there are many, many people who requested this book of forms.

MARY ELLEN COPELAND

For more information on the Wellness Recovery Action Plan®, and to order books and other resources, go to: www.WRAPandRecoveryBooks.com.

Peach Press
PO Box 301
West Dummerston, Vermont 05357
WRAPandRecoveryBooks.com

ISBN 978-098965174-5





Mr. Bobby N. Collins Jr.
5885 West River Rd.
Salem, Va.
24153

Honorable Judge
Elizabeth K. Dillon
Western District of Virginia
242 Franklin Rd.
Roanoke, Va. 24011