IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 7:17CR00033 |
| v. ) | |
| ) | |
| ) | |
| BOBBY NELSON COLLINS, JR. ) | |

NOTICE OF APPEARANCE

Brooks A. Duncan, Esq., Assistant Federal Public Defender, hereby notes his appearance as counsel for the above – referenced defendant on behalf of the Office of the Federal Public Defender.

Respectfully submitted,

BOBBY NELSON COLLINS, JR.

By: /s/*Brooks A. Duncan*
    Of Counsel

Brooks A. Duncan, Esquire
Virginia State Bar No. 87476
Federal Public Defender's Office
210 First Street SW, Room 400
Roanoke, Virginia  24011
540-777-0880

*Counsel for defendant Bobby Nelson Collins, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2020, I served the foregoing notice of appearance on Kari Kristina Munro United States Attorney's Office, P.O. Box 109, Roanoke, Virginia 24008-1709 by electronic filing and on the same date, I caused the original thereof to be filed electronically with Julia Dudley, Clerk, United States District Court, 210 Franklin Road, SW., Roanoke, Virginia  24011

/s/*Brooks A Duncan*